[901 NE2d 756, 873 NYS2d 756]

In the Matter of Nora S. Anderson.

Decided December 29, 2008

## OPINION OF THE COURT

On the Court's own motion, it is determined that the Honorable Nora S. Anderson is suspended, with pay, from the office of Surrogate, New York County, effective January 1, 2009, pursuant to NY Constitution, article VI, § 22 and Judiciary Law § 44 (8).

Concur: Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES. Taking no part: Chief Judge KAYE.